# DRT Business Staffing, Inc.

10 Killian Court, Merrimack NH 03054
603-320-4194
DennisT01@Yahoo.com

To whom it may concern:

This letter is to confirm that Walter Norton was employed by DDS Airline Services, Inc. from 2015-2022, performing delivery services (1099 Subcontractor) and DRT Business Staffing, Inc. from 2020-2023, working as a dispatcher and working company and promotional events in the MA/NH area. Walter was always a well-liked worker and always performed his duties well.

Warm Regards,

*Dennis Troso*

**Dennis Troso**
**President**

**EXHIBIT 1**