Tiffany Perry

Atkinson, NH 03811
(P): 978-828-3504
tperrymsw@gmail.com

April 15, 2024

To The Honorable Jennifer C. Boal:

    My name is Tiffany Perry. Walter has been my significant other for over ten years. However, I have known Walter since I was sixteen years old - nearly thirty years. My history with Walter goes back to being kids and trying our best to survive our traumatic childhoods while growing up in Lowell. Walter and I have built a life together that we have vowed to share with our families.

    My earliest memories of Walter are of him giving me lunch money for school when my single mother of four couldn't, watching me graduate from Lowell High School, and making sure I always had something to eat. Growing up in Lowell was hard. It's been through the Grace of God, that we have had one another to lean on. He is my life's greatest blessing, my best friend, and the well from which I draw so much strength and hope from. He is the love of my life.

    My most recent memories of Walter include having him on the sideline when I ran my third Boston Marathon in 2014. After witnessing the Boston Marathon bombings in 2013, I experienced the crippling grip of PTSD and fell into a deep depression. I found myself at the very rock bottom of my existence. Walter stood by my side to be whatever I needed to make it through each day. His love and loyalty never wavered. Walter was also there when my beloved grandfather died. Who I took care of during the last four years of his life. Walter walked the streets of Commonwealth Ave in Boston with my family to witness me graduate from Boston University. And then again in 2022, when I obtained my Master's Degree in Clinical Social Work from Simmons University. With his support and encouragement, I am now a Licensed Certified Social Worker in Massachusetts and work for the Lowell Public School System. My heart fills with joy when I think of how proud he is of me and what I've made of my life. All that is good in me, has so much to do with him. We have witnessed one another turn forty years old and in 2022, bought our first home together. A moment we never saw possible when we were kids.

    Although we no longer reside in Lowell, we have stayed committed to giving back to the city. Each week, Walter and I go out and bring food and clothing to the homeless and spread love and positivity - listening to the stories of our neighbors. Walter only sees the good in people, always saying how everyone deserves another chance, no matter how many times they fail. I am a Social Worker at a K-8 school in Lowell and Walter has gone above and beyond to help the city's most underserved and high risk children. Anytime I share a horrific story about a student's life, his automatic response is, "How can I help them? What do they need?" His heart is so big and so full of love.

1

**EXHIBIT 3**

Tiffany Perry
███████████
Atkinson, NH 03811

There have been so many life experiences Walter and I have shared. When I first met him as a teenager, Walter had just lost his father to lung cancer. In 2018, Walter's mother unexpectedly passed away from a brain aneurysm, while backing out of her driveway. Walter rushed to Boston in a snowstorm to remain by her side until she took her last breath. The grief is still heavy for him. On Friday, April 19, 2024, we are burying Walter's mother's ashes with his late father and two younger nephews.

Walter has worked really hard to be whatever his family needs him to be. He is a son, brother, uncle, and dear friend to so many people. Truly, he's the most caring and loyal man just about anyone knows. Walter's love and commitment to my family has inspired me to grow closer to my own family. Walter is a beacon of love, support, and loyalty to myself and our families. He has softened my heart and shown me what it means to be loved by a good man. He has stood by my side during times I didn't think I deserved it. He constantly showed me how worthy I am of living a good life. Walter's faith in God has grown stronger as he's witnessed my own devotion to the Catholic faith.

I know we are all capable of making the wrong choices and none of us are without fault and sin. And sometimes, when the pressures of life feel like they can swallow us whole, it creates panic and anxiety and can lead us to make those not so good decisions. But I also know, in the deepest part of our hearts, there is a goodness God has created in each of us. Even the worst of us are still worthy of love and mercy, in the eyes of God. Walter is a nonviolent person. He has never owned or possessed a firearm, he has never lost his temper or threatened to harm another person or himself. He has loved those who seem to deserve it the least. He has helped people everyone else has given up on. He has lived his life as a man of forgiveness and a man that will always be there to pick someone up when they're down.

I understand that Your Honor will decide soon whether to release Walter on bail while he faces these serious charges. I urge you to do so. If he is released, Walter will live with me at our home. I will do everything I can to ensure that he complies fully with whatever conditions the Court may see fit to impose on him. Thank you for your consideration.

Sincerely,

*Tiffany Perry*

Tiffany Perry

2