Book: 6417  Page: 2199

E # 22027139      06/22/2022 12:08:02 PM
Book 6417 Page 2199          Page 1 of 2
Register of Deeds, Rockingham County

*Cathy Ann Stacey* (signature)

| | | |
|---|---|---|
| LCHIP | ROA621866 | 25.00 |
| TRANSFER TAX | RO116163 | 9,375.00 |
| RECORDING | | 14.00 |
| SURCHARGE | | 2.00 |

Return to:
Walter F. Norton
Tiffany L. Perry
43 ½ Gowing Road
Hudson, NH 03051

# WARRANTY DEED

KNOW ALL PERSONS BY THESE PRESENTS, that I, **Dorothy Kantola, Trustee of the Kantola Family Trust**, created under a certain Trust Agreement dated June 28, 1999, with a mailing address of 5 High Hill Road, Town of Atkinson, County of Rockingham, State of New Hampshire 03811, **for consideration paid, grant to**

**Walter F. Norton and Tiffany L. Perry**, husband and wife, with a mailing address of 43 ½ Gowing Road, Town of Hudson, County of Hillsborough, State of New Hampshire 03051, with **warranty covenants and as joint tenants with rights of survivorship,**

a certain parcel of land, with buildings and improvements thereon, situate in Atkinson, County of Rockingham, State of New Hampshire, on the Easterly side of Main Street, bounded and described as follows:

BEGINNING at the Southwesterly corner thereof at a stone wall on said Main Street at land now or formerly of Vasilakakis; thence running Easterly by a stone wall and said Vasilakakis land 294.83 feet to an old iron pipe at another stone wall at a right of way and land now or formerly of Grove 233 feet, more or less, to an iron pipe in said stone wall at land now or formerly of Jonassen; thence running Westerly, but a little Southerly by said Jonassen; thence running Westerly, but a little Southerly by said Jonassen land 163.5 feet to an iron pipe; thence continuing more Westerly by said Jonassen land 209 feet to an iron pipe in the stone wall at said Main Street; thence Southerly by said stone wall and Main Street 290 feet, more or less, to the iron pipe at the point of beginning.

TOGETHER WITH the right in common with others to use a right of way now known as High Hill Road, as shown on plan "Survey, Boynton and Barbara Grover, Atkinson, New Hampshire, Spaulding E. Owen P.E. September 1956," duly recorded in Rockingham Records, including that portion thereof shown on said plan and marked Right of Way which extends across the Easterly boundary of the within described premises into said land of Grover as reserved to Lillian F. Brock in her deed to said Grover, duly recorded in Rockingham Records, Book 1413, Page 418.

EXHIBIT 4

Book: 6417 Page: 2200

MEANING AND INTENDING to describe and convey the same premises conveyed to Robert Kantola and Dorothy Kantola, Trustees of the Kantola Family Trust, by Deed of Robert Kantola and Dorothy Kantola dated June 28, 1999, and recorded in the Rockingham County Registry of Deeds at Book 3406, Page 1049.

CERTIFICATE OF TRUSTEE AUTHORITY. I, Dorothy Kanotla, Trustee of the Kantola Family Trust, created by Robert Kantola and Dorothy Kantola as grantors under a certain Trust Agreement dated June 28, 1999, am the sole currently serving Trustee of said Trust and have full and absolute power pursuant to said Trust to convey, or pledge as security, any interest in real estate and improvements thereon held in said Trust and no purchaser or third party, pursuant to said Trust, shall be bound to inquire whether the Trustee has said power or is properly exercising said power or to ensure the proper allocation of any Trust asset paid to the Trustee.

Dorothy Kantola waives all rights of homestead in the herein conveyed premises and said premises are not homestead property of her spouse, Robert Kantola, who no longer resides upon the premises.

Dated: June 21, 2022

_____
Dorothy Kantola, Trustee as aforesaid

STATE OF NEW HAMPSHIRE
COUNTY OF ROCKINGHAM

Personally appeared before me the above-named, Dorothy Kantola, Trustee of the Kantola Family Trust, known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing instrument, and acknowledged that she executed the same on the 21st of June, 2022 for the purposes contained herein.

Name: _____
NOTARY/PUBLIC
My commission expires:

JAMES W. HARDY, Notary Public
My Commission Expires January 8, 2025