Alexia Sheehan

[redacted]

Chesapeake, VA 23320
(P): 978-758-9129
lexi23sheehan@gmail.com

April 17, 2024

To The Honorable Judge Presiding Over This Case:

My name is Alexia Sheehan. I am the niece of Walter Norton. Uncle Walter has been my Aunt's significant other for over ten years; They have been friends since my aunt was a teenager.

I have known Uncle Walter my whole life, he has been a part of my family long before I was born. I am currently twenty-five years old. Uncle Walter may not be my uncle by blood, but he's been there for me and my family for most of my life.

In the past ten years, my grandmother was diagnosed with Stage IV colon cancer. My grandmother has chosen palliative care to see her through the rest of her time with us. And our family is determined to spend whatever time she has left, bringing her joy and making her comfortable. Uncle Walter has been by my grandmother's side, doing everything he can to help out and care for my grandmother. He and my grandmother have a very close relationship. Uncle Walter lost his father as a teenager and then lost his mother unexpectedly to a brain aneurysm. My grandmother has been a motherly figure to him. She adores him.

Uncle Walter has not only been there for my grandmother in the past ten years, he's also been there for my little brother. In 2021, our father passed away. I was a freshman in college at the time and was not able to stay home to support my mom and brother through this loss. Uncle Walter stepped up and watched over my little brother and made sure my little brother knew he was loved and could lean on Uncle Walter. I am forever thankful, knowing my brother was never alone. I am graduating with my Master's Degree on May 11, 2024. It's almost impossible to imagine Uncle Walter not being there to support me and scream my name when I cross the stage, he has been there for so many other milestones in my life.

I hope the court will release him on bail so he can be with his family.

Sincerely,

*Alexia Sheehan*

Alexia Sheehan

**EXHIBIT 5**