## 1611CR005302 Commonwealth vs. Norton, Walter F

Case Type:
Criminal
File Date
09/01/2016
Initiating Action:
DRUG, POSSESS CLASS B c94C §34
Case Judge:
Crane, Hon. Daniel C

| All Information | Party | Charge | Event | Docket | Disposition |

### Party Information

**Norton, Walter F**
- Defendant

| Alias | Party Attorney |

**More Party Information**

### Party Charge Information

**Norton, Walter F**
- Defendant
Charge # 1:
94C/34/C-0 - Misdemeanor - more than 100 days incarceration     DRUG, POSSESS CLASS B c94C §34
Counts:

Original Charge
94C/32A/G-1 DRUG, POSSESS TO DISTRIB CLASS B c94C §32A(a) (Felony)
Amended Charge
94C/34/C-0 DRUG, POSSESS CLASS B c94C §34 (Misdemeanor - more than 100 days incarceration)

Jurisdiction
Lowell
Date of Offense
08/31/2016

**Charge Disposition**
Disposition Date
Disposition
04/05/2017
Guilty - Placed on File

### Events

| Date | Session | Location | Type | Event Judge | Result |
|------|---------|----------|------|-------------|--------|
| 09/01/2016 09:00 AM | Arraignment Session | | Arraignment | | Held-Arraignment/58A Danger Request |
| 10/14/2016 09:00 AM | Pretrial Session | | Pretrial Hearing | | Event Continued |
| 11/22/2016 09:00 AM | Pretrial Session | | Pretrial Hearing | | Held |
| 01/09/2017 09:00 AM | Pretrial Session | | Discovery Compliance & Jury Election | | Held |
| 02/07/2017 09:00 AM | Administrative Session | | Motion Hearing (CR) | | Held |
| 04/05/2017 09:00 AM | Administrative Session | | Probation Until | Crane, Hon. Daniel C | |
| 04/05/2017 09:00 AM | Trial Session | | Jury Trial (CR) | | Not Held But Event Resolved |
| 04/05/2018 09:00 AM | Administrative Session | | Probation Until | Crane, Hon. Daniel C | |

# EXHIBIT 8

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 09/01/2016 | Event Scheduled<br>Event: Arraignment<br>Date: 09/01/2016  Time: 09:00 AM<br>Result: Held-Arraignment/58A Hearing | | |
| 09/01/2016 | Event Resulted<br>The following event: Arraignment scheduled for 09/01/2016 09:00 AM has been resulted as follows:<br>Result: Held-Arraignment/58A Hearing | | |
| 09/01/2016 | Event Scheduled<br>Event: Pretrial Hearing<br>Date: 10/14/2016  Time: 09:00 AM<br>Result: Event Continued | | |
| 10/14/2016 | Event Resulted<br>The following event: Pretrial Hearing scheduled for 10/14/2016 09:00 AM has been resulted as follows:<br>Result: Event Continued | | |
| 10/14/2016 | Event Scheduled<br>Event: Pretrial Hearing<br>Date: 11/22/2016  Time: 09:00 AM<br>Result: Held | | |
| 11/22/2016 | Event Resulted<br>The following event: Pretrial Hearing scheduled for 11/22/2016 09:00 AM has been resulted as follows:<br>Result: Held | | |
| 11/22/2016 | Event Scheduled<br>Event: Discovery Compliance & Jury Election<br>Date: 01/09/2017  Time: 09:00 AM<br>Result: Held | | |
| 01/09/2017 | Event Resulted<br>The following event: Discovery Compliance & Jury Election scheduled for 01/09/2017 09:00 AM has been resulted as follows:<br>Result: Held | | |
| 01/09/2017 | Event Scheduled<br>Event: Motion Hearing (CR)<br>Date: 02/07/2017  Time: 09:00 AM<br>Result: Held | | |
| 02/07/2017 | Event Resulted<br>The following event: Motion Hearing (CR) scheduled for 02/07/2017 09:00 AM has been resulted as follows:<br>Result: Held | | |
| 02/07/2017 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 04/05/2017  Time: 09:00 AM<br>Result: Not Held But Event Resolved | | |
| 04/05/2017 | Charges Disposed::<br>Charge #1 DRUG, POSSESS TO DISTRIB CLASS B c94C §32A(a)<br>    On: 04/05/2017    Judge: Hon. Daniel C Crane<br>    By: Guilty Plea    Guilty; Placed on File | | |
| 04/05/2017 | Event Resulted<br>The following event: Jury Trial (CR) scheduled for 04/05/2017 09:00 AM has been resulted as follows:<br>Result: Not Held But Event Resolved | | |
| 04/05/2017 | Event Scheduled<br>Event: Probation Until<br>Date: 04/05/2017  Time: 09:00 AM | | |
| 04/18/2017 | The following notice:<br><br>Return or Assignment of Bail<br>Sent On: 04/18/2017 12:10:34 | | |