Delete LAST Page

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the       DISTRICT OF       Massachusetts

United States of America

V.

Walter Norton

**EXHIBIT AND WITNESS LIST**

Case Number:   24-cr-10090

| PRESIDING JUDGE Jennifer C. Boal | PLAINTIFF'S ATTORNEY Katherine Ferguson | DEFENDANT'S ATTORNEY James Sultan |
|---|---|---|
| TRIAL DATE (S) 04/23/2024 | COURT REPORTER Digital Recorder | COURTROOM DEPUTY Aaron Hutchins |

| PLF. NO. | Format m/d/yyyy - m/d/yyyy | | DMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1 | | 4/23/2024 | 1 | 1 | Complaint |
| 2 | Format m/d/yy | Yes or N | Yes or No | Bank Records of Defendant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print     Save As...     Export as FDF     Print     Reset