**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**                                    CRIMINAL ACTION
                    V.                                          NO.  24-10090-WGY
        **HUNTER et al**

**INITIAL SCHEDULING ORDER**

  YOUNG, D.J.

The above named defendant(s) having been arraigned on  April 23, 2024  before Magistrate Judge Jennifer C. Boal , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  5/21/2024 .  See L.R116.1(C).

B. The defendant shall provide automatic discovery by  5/21/2024 .  See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  6/4/2024 .  See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  6/18/2024 .  See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  June 3, 2024  at  2:00  p.m. in Courtroom No.  18  on the  5th  floor.

                                                                By the Court,

  May 15, 2024                                                  /s/ Jennifer Gaudet
Date                                                            Deputy Clerk