UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

#24-CR-10090-WGY

_____

UNITED STATES

v.

WALTER NORTON

_____

## COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

James L. Sultan, counsel of record for the defendant in the above-captioned criminal case, hereby moves this Court, pursuant to Local Rule 83.5.2(c)(1), for leave to withdraw. As grounds therefore, undersigned counsel states that successor counsel has filed an appearance.

Respectfully submitted,

/s/ James L. Sultan
James L. Sultan, BBO #488400
jsultan@rankin-sultan.com
Rankin & Sultan
1666 Massachusetts Avenue, #P-16
Lexington, MA 02420
(617) 720-0011

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants and Walter Norton, #03327-049, Plymouth County Detention Facility, 26 Long Pond Road, Plymouth, MA 02630 on November 6, 2024.

/s/ James L. Sultan