UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER NORTON | Criminal No.: 1:24-cr-10090-WGY |

**DEFENDANT WALTER NORTON'S MOTION TO SUPPRESS**

COMES NOW the Defendant, Walter Norton, (hereinafter, the "Defendant") by and through undersigned counsel, and respectfully moves the Court to exclude and suppress from consideration in the instant matter any and all evidence allegedly seized from the Defendant upon his arrest in this case on April 3, 2024, and any and all statements allegedly made by Defendant on such date.

In support of this *Motion*, Defendant submits the attached Memorandum and its attachments and incorporates same herein as if stated in the instant Motion.

|  |  |
|---|---|
| DATED: January 10, 2025 | Respectfully submitted,<br>The Defendant,<br>Walter Norton,<br>By his attorney,<br><br>*/s/ Richard C. Chambers, Jr., Esq.*<br>Richard C. Chambers, Jr., Esq.<br>BBO#: 651251<br>Chambers Law Office<br>220 Broadway, Suite 404<br>Lynnfield, MA 01940<br>Office: (781) 581-2031<br>Cell: (781) 363-1773<br>Fax: (781) 581-8449<br>Email: Richard@chamberslawoffice.com |

## LOCAL RULE 7.1 CERTIFICATION

    I hereby certify that I conferenced this matter pursuant to Local Rule 7.1 with Assistant United States Attorney Katherine Ferguson prior to filing this Motion to Suppress and Memorandum of Law.

                                      */s/ Richard C. Chambers, Jr., Esq.*
                                      Richard C. Chambers, Jr., Esq.

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: January 10, 2025

                                        */s/ Richard C. Chambers, Jr., Esq.*
                                      Richard C. Chambers, Jr., Esq.