# Exhibit 5

# LEASE AGREEMENT
## BOSTON FLAT SHARES, LLC
### 527 WINNACUNNET RD, APT 4 – HAMPTON NH

**LEASE SUMMARY:**

Apartment: 527 Winnacunnet Rd, Apt 4, Hampton, NH 03842

**Landlord's Agent:**
BOSTON FLAT SHARES LLC
22 NEWPORT DR, WESTFORD MA 01886
("us", "we", "our" or "Landlord")

Resident 1: Janette Muniz
("Tenant" "Resident" or "you")
Resident 2: Edward A. Nunez
("Tenant" "Resident" or "you")
Resident 3: Jason Hunter Jr.
("Tenant" "Resident" or "you")

**Start Date Lease Term: Oct 1, 2023**
**End Date Lease Term: May 30, 2024**

Each monthly Rent Installment is comprised of:

Rent                  $3000

Your Monthly Rent for the Lease Term is $3000. *Utilities are included in the rent (Gas, Electric) as well as the Cleaning Fee.*

**1. LEASED PREMISES AND LEASE TERM.** This Lease entitles you to occupy the entire home (the **"Apartment"**), not to be shared with other tenants or guests of the Landlord. In addition, you have the right to the exclusive use of those areas and belongings on the property.

The Lease does not automatically renew. You are liable under the terms of this Lease for the full Lease Term. You may not occupy your Apartment until the Starting Date and the Lease and any required guaranty or other documents have been completely executed and delivered to us. If we determine, in our sole discretion, that an Apartment is not available for occupancy by you on the Starting Date of the Lease Term, you are excused from paying Rent under the Lease for that period of time from the Starting Date of the Lease Term until an Apartment is available for your occupancy. Thereafter, if your Apartment cannot be occupied, we will proceed as described in Paragraph 11 of this Lease. **Under no circumstances will we be liable to you for any damages, of any kind, caused by or related to the failure of your Apartment to be ready for occupancy on the Starting Date of the Lease Term or at any time thereafter.**