UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-10090-WGY |
| ) | |
| (1) JASON HUNTER, and ) | |
| (2) WALTER NORTON, ) | |
|     Defendants. ) | |

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On April 11, 2024, a federal grand jury sitting in the District of Massachusetts returned a four-count Indictment charging defendants Jason Hunter and Walter Norton (the "Defendants"), with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846 (Count One). The Indictment charged Defendant Jason Hunter with Distribution of and Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine, 500 Grams or More of Cocaine, and Other Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and (b)(1)(B)(ii) (Count Two); and Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h) (Count Four). Additionally, the Indictment charged Defendant Walter Norton with Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine and Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) (Count Three).

The Indictment included a Drug Forfeiture Allegation which gave the Defendants notice

that the United States intended to seek forfeiture, pursuant to 21 U.S.C. § 853, and upon conviction of one or more of the offenses alleged in Counts One through Three of the Indictment, of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited included, but was not limited to, the following assets:

    a.    $100,000 in United States currency, seized from Jason Hunter on April 3, 2024;[1] and

    b.    $14,380 in United States currency, seized from 354 Revere Street, Revere, Massachusetts, on April 3, 2024.[2]

The Indictment also included a Money Laundering Forfeiture Allegation which gave the Defendant Jason Hunter notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. § 982(a)(1), and upon conviction of the offense alleged in Count Four of the Indictment, of any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited included, but was not limited to, the following:

    a.    $100,000 in United States currency, seized from Jason Hunter on April 3, 2024.[3]

---

[1] The Indictment described this asset as $100,100 in United States currency, seized from Jason Hunter on April 3, 2024; the actual amount seized was $100,000.

[2] The Indictment described this asset as $14,280 in United States currency, seized from 354 Revere Street, Revere, Massachusetts, on April 3, 2024; the actual amount seized was $14,380.

[3] The Indictment described this asset as $100,100 in United States currency, seized from Jason Hunter on April 3, 2024; the actual amount seized was $100,000.

3

                    Respectfully submitted,

                    LEAH B. FOLEY
                    United States Attorney,

By:    */s/ Matthew M. Lyons*
        KATHERINE FERGUSON
        ALATHEA E. PORTER
        MATTHEW M. LYONS
        Assistant United States Attorneys
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated: April 18, 2025        matthew.lyons@usdoj.gov