UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| WALTER NORTON, | ) | Criminal No. 24-10090-WGY |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S WITNESS LIST

The government respectfully submits the following list of witnesses that it intends to call in its case-in-chief. The government reserves the right to amend and/or supplement this list with reasonable notice to the defendant.

| NAME | STATE OR ENTITY |
|---|---|
| Catherine Agudelo | U.S. Drug Enforcement Administration |
| Christopher Benintendo | U.S. Drug Enforcement Administration |
| Jaime Cepero | U.S. Drug Enforcement Administration (Massachusetts State Police) |
| Marilyn De Apodaca | U.S. Drug Enforcement Administration |
| Ryan Glynn | U.S. Drug Enforcement Administration |
| Alex Hernandez | U.S. Drug Enforcement Administration (Bedford Police Department) |
| Lucas Hernandez | U.S. Drug Enforcement Administration (Waltham Police Department) |
| Michael Higgins | U.S. Drug Enforcement Administration |
| Xhulio Hysa | Massachusetts State Police |
| Dennis Layden | Boston Police Department |

| NAME | STATE OR ENTITY |
|---|---|
| Kellen Millner | U.S. Drug Enforcement Administration |
| Michael O'Shaughnessy | U.S. Drug Enforcement Administration |
| Edwin Woo | U.S. Drug Enforcement Administration (Braintree Police Department) |
| Yuriy Uvaydov | U.S. Drug Enforcement Administration |

                                        Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

Dated: May 5, 2025        By:   */s/ Alathea E. Porter*
                                            Alathea E. Porter
                                            Katherine Ferguson
                                            Assistant United States Attorneys


## CERTIFICATE OF SERVICE

      I certify that, on May 5, 2025, I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.

Dated: May 5, 2025        By:   */s/ Alathea E. Porter*
                                            Alathea E. Porter
                                            Assistant United States Attorney