UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | |
| WALTER NORTON, | ) | Criminal No. 24-10090-WGY |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S REVISED EXHIBIT LIST**

The government respectfully submits the following revised list of exhibits that it intends to introduce in its case-in-chief. The government reserves the right to amend and/or supplement this list with reasonable notice to the defendant.

| EXHIBIT NUMBER | DESCRIPTION |
| --- | --- |
| A | Video clip from MSP Trooper Xhulio Hysa's Body Worn Camera of motor vehicle stop |
| B | Video clip from MSP Trooper Xhulio Hysa's Body Worn Camera of motor vehicle stop – in slow motion |
| C | Video clip from MSP Trooper Xhulio Hysa's Body Worn Camera of car inventory following motor vehicle stop |
| D | Drug Enforcement Administration Drug Exhibit 1 – Orange pills from brown draw string bag containing methamphetamine mixture |
| E | Drug Enforcement Administration Drug Exhibit 2 – four bags from Walter Norton's car containing marijuana |
| F | Brown draw string bag |
| G | Photographs taken during the stop of Walter Norton's car |
| H | Surveillance photograph of Walter Norton |
| I | Photograph of cash seized from Jason Hunter |
| J | Photographs taken during the search of 354 Revere Street |

| | |
|---|---|
| K | Photographs taken during the search of Honda CRV |
| L | Drug Enforcement Administration Drug Exhibit 3 – Orange pills from Honda CRV containing methamphetamine mixture |
| M | Drug Enforcement Administration Drug Exhibit 4 – Orange pills from Honda CRV containing methamphetamine mixture |
| N | Drug Enforcement Administration Drug Exhibit 8 – Orange pills from kitchen at 354 Revere Street containing methamphetamine mixture |
| O | Drug Enforcement Administration Drug Exhibit 18 – Orange pills from bedroom at 354 Revere Street containing methamphetamine mixture |
| P | Drug Enforcement Administration Drug Exhibit 12 – bags from kitchen at 354 Revere Street containing marijuana |
| Q | United States District Court, District of New Hampshire Certified Records of Conviction |
| R | Bureau of Prisons Certified Records of Prison Term Served |
| S | Stipulations |

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 9, 2025        By:    /s/ Alathea E. Porter
                                 Alathea E. Porter
                                 Katherine Ferguson
                                 Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I certify that, on May 9, 2025, I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.

Dated: May 9, 2025          By:   */s/ Alathea E. Porter*
                                  Alathea E. Porter
                                  Assistant United States Attorney