UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALTER NORTON, | ) | Criminal No. 24-10090-WGY |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S PROPOSED VOIR DIRE**

The United States of America, by its attorneys, United States Attorney Leah B. Foley, and Assistant U.S. Attorneys Katherine Ferguson and Alathea E. Porter, hereby requests that, in addition to those standard questions commonly put to the venire, the Court pose the following questions to prospective jurors. The government reserves its right to supplement or modify these requested questions in light of the requests, if any, filed by the defendant.

1.      The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

(a) ever been a defendant in a criminal proceeding (other than for an alleged moving traffic violation)?

(b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

(c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

(d) ever engaged in litigation with the any city government or a city government police department, that is, ever filed a claim or lawsuit against a city government or its police department, or answered some claim made against you by a city government or its police department?

(e) ever had any involvement, of any sort other than a routine traffic matter, with a police department; with the Drug Enforcement Administration, also known as the DEA; the Massachusetts State Police, the Boston Police Department, or any other law enforcement agency?

(f) ever been treated unfairly by any police office or other law enforcement personnel?

2.      Aside from these particular circumstances, are you aware of any prejudice which you may have against the federal government, any police department, the DEA, the Massachusetts State Police, any federal or state or other law enforcement agency which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3.      Some of the witnesses expected to be called by the United States at trial are police officers and detectives with various local police departments, members of various federal law enforcement agencies such as the DEA, the Boston Police Department, and the Massachusetts State Police. Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is or was a law enforcement officer?

4.      The facts of this case involve an undercover DEA investigation. Law enforcement officials may engage in stealth and deception, such as the use of informants and undercover agents, in order to investigate criminal activities. Undercover agents and informants may use false names and appearances and assume the roles of members in criminal organizations.  Do you have any

general or specific opinions about such undercover investigations and activities that would prevent you from serving as a fair and impartial juror in this case?

5.      Would you tend to credit or discredit a law enforcement officer's testimony merely because that witness is a law enforcement officer?

6.      Have you watched television shows and movies about police work, forensic evidence, or the criminal justice system?  If you have, do you believe your views developed as a result of those shows will interfere with your ability to base your verdict solely on the evidence in this case?

7.      The indictment in this case charges the defendant with conspiracy to distribute controlled substances, including methamphetamine and marijuana.  Have you, or any member of your immediate family, or anyone with whom you are close:

     a.    ever been, or known anyone who has been, adversely affected by the actions of someone in possession of drugs?

     b.    ever been arrested or charged with drug possession or distribution?

     c.    been a member of any group that advocates legislation or policy relating to drugs?

     d.    ever used any drugs, been addicted to drugs, or been placed in a drug treatment program?

8.      Marijuana is a Schedule I controlled substance under federal law.  Do you have any pre-conceived notions about drug laws, particularly involving marijuana or methamphetamine, that would make you unable to decide this case on the evidence presented and the law as stated by the Court?

9.      Do you have any general or specific opinions about methamphetamine or marijuana that would prevent you from serving as a fair and impartial juror in this case?

10.    Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

Dated: May 9, 2025                      Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

                            By:    /s/ Alathea E. Porter
                                        ALATHEA E. PORTER
                                        KATHERINE FERGUSON
                                        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                        /s/ Alathea E. Porter
                                        Alathea E. Porter
                                        Assistant United States Attorney

Date: May 9, 2025