UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) JASON HUNTER, and )<br>(2) WALTER NORTON, )<br>Defendants. ) | Criminal No. 24-10090-WGY |

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following asset identified in the Indictment, because the United States Drug Enforcement Administration administratively forfeited the asset on or about July 18, 2025:

a. $14,380 in United States currency, seized from 354 Revere Street, Revere, Massachusetts, on April 3, 2024.[1]

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Matthew M. Lyons
MATTHEW M. LYONS
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
matthew.lyons@usdoj.gov

Dated: July 25, 2025

---

[1] The Indictment described this asset as $14,280 in United States currency, seized from 354 Revere Street, Revere, Massachusetts, on April 3, 2024; the actual amount seized was $14,380, and this amount was corrected on the Court Docket via the United States' Bill of Particulars for Forfeiture of Assets, filed on April 18, 2025. *See* Docket No. 72.